IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CALVIN B JAMES, )
)
    Petitioner, )
)
v. ) CASE NO. CV420-218
)
WARDEN, FCC COLEMAN - USP I, )
)
    Respondent. )
)
_____ )

## O R D E R

Before the Court is the Magistrate Judge's April 12, 2021, Report and Recommendation (Doc. 10), to which Petitioner has not filed objections. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's habeas petition is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Further, a federal prisoner must obtain a certificate of appealability ("COA") before appealing the denial of his motion to vacate. Applying the COA standards set forth in Brown v. United States, Nos. 407CV085, 403CR001, 2009 WL 307872 at *1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation, so no COA will issue either. 28 U.S.C. § 2253(c)(1); Rule 11(a) of the Rules Governing Habeas Corpus Cases Under 28 U.S.C. § 2255 ("The district court must issue or deny a

certificate of appealability when it enters a final order adverse to the applicant").

**SO ORDERED** this 24th day of June 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA